

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00821-CV

**CITY OF CARRIZO SPRINGS** and Adrian DeLeon, individually and as Mayor of the City of Carrizo Springs,
Appellants

v.

Isabel **CUMPIAN**, Bill Martin, Alfredo Z. Padilla, Individually and on behalf of the Carrizo Springs Housing Authority,
Appellees

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-09-12375-DCV-AJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellants, City of Carrizo Springs and Adrian DeLeon, individually and as Mayor of the City of Carrizo Springs, bear all costs of this appeal.

SIGNED March 11, 2015.

Luz Elena D. Chapa, Justice